IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW DEVIVO, on his own behalf and on behalf of others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>SHEEX, INC.,<br><br>            Defendant. | Case No. 3:25-cv-05807<br><br>[Pierce County Superior Court Case No. 25-2-10516-0] |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2025, I caused to be served the foregoing **NOTICE OF REMOVAL** on the following party at the following addresses:

CERTIFICATE OF SERVICE - 1
Case No. 3:25-cv-05807

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5858

| | |
|---|---|
| Walter M. Smith, WSBA<br>**SMITH & DIETRICH LAW OFFICES, PLLC**<br>1226 State Avenue N.E., Suite 205<br>Olympia, WA 98501<br>Telephone: (360) 915-6952<br>Email: walter@smithdietrich.com | Lynn A. Toops<br>Natalie A. Lyons<br>Ian R. Bensberg<br>**COHENMALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Telephone: (317) 636-6481<br>Email: ltoops@cohenmalad.com<br>Email: ibensberg@cohenmalad.com |
| J. Gerard Stranch, IV<br>Michael C. Tackeff<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Telephone: (615) 254-8801<br>Email: gstranch@stranchlaw.com<br>Email: mtackeff@stranchlaw.com | Samuel J. Strauss<br>Raina C. Borrelli<br>**STRAUSS BORRELLI, LLP**<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Telephone: (872) 263-1100<br>Email: sam@straussborrelli.com<br>Email: raina@straussborrelli.com |

*Attorneys for Plaintiff Andrew Devivo*

Dated: September 10, 2025

Respectfully submitted,

*s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA No. 62516
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: 628.600.2232
Email: mbrooks@beneschlaw.com

*Attorney for Defendant Sheex, Inc.*

CERTIFICATE OF SERVICE - 2
Case No. 3:25-cv-05807

**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250  FAX (628) 221-5858