UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW DEVIVO, on his own behalf and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SHEEX, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 3:25-cv-05807-DGE<br><br>ORDER GRANTING STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT |

　　　Having reviewed the Parties' Stipulated Motion and Order to Extend Time to Respond to Class Action Complaint, the Court finds good cause to GRANT the stipulation.  Accordingly, Defendant shall file a responsive pleading to Plaintiff's complaint no later than October 27, 2025.  Should Defendant file a motion to dismiss in response to the complaint, Plaintiff's opposition to said motion shall be filed by December 4, 2025, and any reply shall be filed no later than January 16, 2026.

　　　Dated this 23rd day of September 2025.

ORDER GRANTING STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT - 1

|   |   |
|---|---|
| 1 |   |
| 2 | _____ |
| 3 | David G. Estudillo<br>United States District Judge |

ORDER GRANTING STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT - 2