1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANDREW DEVIVO, | CASE NO. 3:25-cv-05807-DGE |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT |
| v. | |
| SHEEX INC., | |
| Defendant. | |

This matter comes before the Court on the Parties' stipulated motion to further extend time to respond to the class action complaint. (Dkt. No. 12.) The Court entered an order on September 23, 2025, granting the Parties' first stipulated motion to extend time to respond to the class action complaint. (Dkt. No. 6.) Now, the parties request another brief extension under Federal Rule of Civil Procedure 6(b). (Dkt. No. 12 at 1.) The parties state good cause for the extension exists because they are seeking to meet and confer to "potentially avoid the need for motion practice." (*Id.*)

ORDER GRANTING STIPULATED MOTION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT - 1

Having reviewed the Parties' Stipulated Motion and Order to Further Extend Time to Respond to Class Action Complaint, the Court finds good cause to GRANT the stipulation. Accordingly, Defendant shall file a responsive pleading to Plaintiff's complaint no later than November 7, 2025.  Should Defendant file a motion to dismiss in response to the complaint, Plaintiff's opposition to said motion shall be filed by December 12, 2025, and any reply shall be filed no later than January 16, 2026.

Dated this 20th day of October 2025.

David G. Estudillo
United States District Judge