UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW DEVIVO,<br><br>               Plaintiff,<br>    v.<br><br>SHEEX INC.,<br><br>               Defendant. | CASE NO. 3:25-cv-05807-DGE<br><br>ORDER GRANTING STIPULATED MOTION AND ORDER TO CONTINUE DATES IN SCHEDULING ORDER (DKT. NO. 18) |

This matter comes before the Court on the Parties' stipulated motion (Dkt. No. 18) to continue dates in the Court's September 16, 2025, scheduling order (Dkt No. 5). Currently, the Parties are required to conduct their Rule 26(f) Conference by December 1, with initial disclosures due on December 8, the joint status report due on December 15, and the scheduling conference held on December 19. (Dkt. No. 18 at 1.) However, Defendant intends to file a motion to dismiss on December 12. (*Id.*) The Parties state it would "promote efficiency and avoid unnecessary expense" to defer the deadlines in the Court's current scheduling order until

the motion to dismiss has been filed, so their "case-planning efforts can be informed by the issues raised in the motion." (*Id.*)

Having reviewed the Parties' Stipulated Motion and Order to Continue the Dates in the Court's Scheduling Order, the Court finds good cause to GRANT the stipulation. Accordingly, the scheduling order is modified as follows:

| Event | Old Deadline | Proposed Revised Deadline |
|---|---|---|
| Rule 26(f) Conference | December 1, 2025 | January 5, 2026 (three weeks after the Motion to Dismiss is filed) |
| Initial Disclosures | December 8, 2025 | January 12, 2026 |
| Joint Status Report | December 15, 2025 | January 20, 2026 |
| Scheduling Conference | December 19, 2025, at 1:30 p.m. | To be determined by the Court at a later date. |

Dated this 1st day of December 2025.



David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION AND ORDER TO CONTINUE DATES IN SCHEDULING ORDER (DKT. NO. 18) - 2