**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ANDREW DEVIVO, on his own behalf and on behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SHEEX, INC.,<br><br>Defendant. | Case No. 3:25-cv-05807<br><br>**DECLARATION OF WILLIAM PRICE IN SUPPORT OF DEFENDANT SHEEX, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

I, William Price, declare as follows;

1. I am the Director of eCommerce at SHEEX, Inc. ("SHEEX"). I have been in my position since March 1, 2020, and have worked at SHEEX since January 3, 2017. In my position, I am responsible for coordinating timely and accurate communication of SHEEX's merchandising offers and messages to customers. I am also responsible for coordinating the operation and maintenance of SHEEX's online and telecommunication services, including email, SMS text messages, paid media, and SHEEX's website. I also have access to SHEEX's business records, including records relating to its email marketing. If called upon as a witness, I could and would competently testify to the matters stated herein.

2. By virtue of my employment at SHEEX, this declaration is based on my personal knowledge, along with business records that I have reviewed showing the information below. To the extent this declaration is based upon my review of business records, those records are kept in the regular course of business, those records are maintained in a timely manner by people with knowledge of the



**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250 FAX (628) 221-5858

information being entered, and it is the regular business practice of SHEEX to maintain such records.

3. On May 29, 2023, SHEEX sent an email to individuals on its email list with a subject line stating, "Final Hours for BIG Sitewide Savings." Attached as **Exhibit A** is a true and correct copy of this email, which my team recreated using business records reflecting the specific layout, text, and artwork used in this email.

4. On May 30, 2023, SHEEX sent an email to individuals on its email list with a subject line stating, "Memorial Day Sale EXTENDED! 25% Off Everything." Attached as **Exhibit B** is a true and correct copy of this email, which my team recreated using business records reflecting the specific layout, text, and artwork used in this email.

5. On November 22, 2023 SHEEX sent an email to individuals on its email list with a subject line stating, "Early Access Black Friday Deals End Today!" A true and correct copy of this email is attached as **Exhibit C**.

6. To the extent Plaintiff Andrew Devivo received emails on the dates above, with the subject lines above, Exhibits A through C accurately reflect what those emails would have looked like.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _11th__ day of December, 2025.

Signature: William Price
William Price (Dec 11, 2025 18:32:42 MST)

William Price



**Benesch Friedlander Coplan & Aronoff, LLP**
100 Pine Street, Suite 3100
San Francisco, CA 94111
TEL (628) 600-2250 FAX (628) 221-5858