THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

ANDREW DEVIVO, on his own behalf and on behalf of all others similarly situated,

Plaintiff,

v.

SHEEX, INC.,

Defendant.

Case No. 3:25-cv-05807-DGE

**DECLARATION OF WILLIAM ROBERT PRICE IN SUPPORT OF DEFENDANT SHEEX, INC'S RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 28)**

DECLARATION OF WILLIAM ROBERT PRICE IN SUPPORT FOR DEFENDANT SHEEX, INC'S RESPONSE TO ORDER TO SHOW CAUSE (DKT. NO. 28)- 1

I, William Robert Price, declare as follows:

1.    I am the Director of eCommerce at SHEEX, Inc. ("SHEEX").  I have been in my position since March 1, 2020, and have worked at SHEEX since January 3, 2017.  In my position, I am responsible for coordinating timely and accurate communications of SHEEX's merchandising offers and messages to customers.  I am also responsible for coordinating the operation and maintenance of SHEEX's online and telecommunications services, including emails, SMS text messages, paid media, and SHEEX's website. I also have access to SHEEX's business records, including records relating to its email marketing.  If called upon as a witness, I could and would competently testify to the matters stated herein.

2.    Current and prospective customers can sign up to receive email and text messages from SHEEX notifying them about existing and new product availability, as well as sales and discounts ("subscribers"). SHEEX sends marketing and informational emails to a subscriber listserv.

3.    As part of my work at SHEEX, I have access to the subscriber listserv.

4.    On April 1, 2026, I reviewed SHEEX's subscriber listserv and determined that at least 5,788 individuals with an address in Washington who were signed up to receive SHEEX advertising emails since September of 2021 to the present.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this ⎯04/02/2026⎯ day of April, 2026 at ⎯Time⎯⎯⎯⎯⎯⎯ .

/s/ *William Robert Price*
William Robert Price (Apr 2, 2026 13:25:11 MDT)
WILLIAM ROBERT PRICE

DECLARATION OF WILLIAM ROBERT PRICE IN
SUPPORT FOR DEFENDANT SHEEX, INC'S RESPONSE
TO ORDER TO SHOW CAUSE (DKT. NO. 28)- 2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all attorneys of record.

DATED this 2nd day of April, 2026.

/s/ Callie A. Castillo
Callie A. Castillo

*Attorneys for Defendant SHEEX, INC*

DECLARATION OF WILLIAM ROBERT PRICE IN
SUPPORT FOR DEFENDANT SHEEX, INC'S RESPONSE
TO ORDER TO SHOW CAUSE (DKT. NO. 28)- 3

BALLARD SPAHR LLP
1301 2ND AVE, SUITE 2800
SEATTLE WA 98101-2930
PHONE: 206.223.7000 FAX: 206.223.7107